IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIAG HUMAN S.E., | : | |
| Langstrasse 33, 4940 Vaduz, Principality of Liechenstein, | : | Civil Action No. 1:13-cv-00355 (ABJ) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CZECH REPUBLIC-MINISTRY OF HEALTH, | : | |
| Palackeno namesti, 4, Prague 2, 128, 01, Czech Republic, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S SUPPLEMENT TO MOTION TO DISMISS COMPLAINT**

Defendant, The Czech Republic – Ministry of Health (the "Czech Republic"), by its undersigned counsel, hereby files this Supplement to the Motion to Dismiss Complaint that it previously filed on August 30, 2013.

In further support of its Motion to Dismiss Complaint and its Reply Memorandum of Points and Authorities in support of its Motion to Dismiss Complaint, the Czech Republic relies upon the following accompanying documents, which are incorporated herein and made a part hereof:

Exhibit Y:    Opposition brief filed by Diag Human in its 2011 enforcement action at Civil Action No. 1:11-cv-01360

Exhibit Z:    Second Affidavit of Petr Horacek

Exhibit AA:   Czech Commercial Registry Excerpt

Exhibit BB:   Letters from Diag Human, Jan Kalvoda, Milan Kindl and Professor Ruzicka to the OGRPA

{B1390961.2}

| | | |
|---|---|---|
| Exhibit CC: | Resolution of Arbitration Review Panel, dated March 29, 2010 |
| Exhibit DD: | Resolution of Arbitration Review Panel, dated December 12, 2013 |
| Exhibit EE: | Report of the Parliamentary Inquiry Commission, dated February 23, 2005 |
| Exhibit FF: | Testimony from NovoNordisk representatives Anders Jensen and Torben Thaning Larsen |
| Exhibit GG: | The Czech Republic's Relevant Arbitration Filings, including its Supplementation of its Application for Review, dated December 3, 2009; its Final Motion, dated December 21, 2009; and its Statement of the Defendant, dated March 2, 2010 |
| Exhibit HH: | Supplementary Opinion of Professor JUDr. Ales Gerloch, CSc, dated July 3, 2012 |
| Exhibit II: | Opinion of Professor JUDr. Ales Gerloch, CSc, dated November 25, 2011 |

WHEREFORE, the Czech Republic respectfully requests that this Honorable Court grant its Motion to Dismiss and dismiss the Complaint of Diag Human.

Respectfully submitted,

BABST, CALLAND,
CLEMENTS & ZOMNIR, P.C.

Date: December 20, 2013

By /s/ Dean A. Calland
    Dean A. Calland
    PA I.D. No. 33627
    D.C. I.D. No. 289207
    dcalland@babstcalland.com

By /s/ Leonard Fornella
    Leonard Fornella
    PA I.D. No. 27921
    lfornella@babstcalland.com

By /s/ Alana E. Fortna
    Alana E. Fortna

        PA I.D. No. 309691
        afortna@babstcalland.com

Two Gateway Center, 6th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-394-5400

Attorneys for Defendant,
The Czech Republic-
Ministry of Health

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIAG HUMAN S.E., | : | |
| Langstrasse 33, 4940 Vaduz, Principality of Liechenstein, | : | Civil Action No. 1:13-cv-0355 (ABJ) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CZECH REPUBLIC-MINISTRY OF HEALTH, | : | |
| Palackeno namesti, 4, Prague 2, 128, 01, Czech Republic, | : | |
| | : | |
| Defendant. | : | |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Supplement to Motion to Dismiss Complaint was served this 20th day of December, 2013, via the Court's ECF system upon the following:

James R. Schiffer
Hyman L. Schaffer
ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, New York 10006

BABST, CALLAND,
CLEMENTS & ZOMNIR, P.C.

By /s/ Alana E. Fortna